UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  
Daniel Leroy Stevens and  
Christine Ruth Stevens,  
                Debtors.

Chapter 7  
BKY CASE NO. 12-43447-NCD

**NOTICE OF SETTLEMENT OR COMPROMISE**

To:    The United States Trustee, all creditors and other parties in interest.

On **September 25, 2012**, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtors named above will settle a controversy as follows:

>Debtors have the following non-exempt assets: (1) husband's estimated earned unpaid wages scheduled at $1,000.00, with actual value of $1,176.84, 80% of which are non-exempt property of the bankruptcy estate, $941.48; and (2) a fish house and 12 gauge shotgun scheduled with a combined value of $300.00, exemption of $72.68, leaving $227.32 as non-exempt property of the bankruptcy estate. The debtors and the trustee have entered into an agreement where the debtors will pay the trustee $1,168.80 to keep the above-listed non-exempt property. Based upon the uncertainties and costs involved in liquidating the assets, the trustee believes that this settlement is in the best interest of the bankruptcy estate.

**OBJECTION: MOTION:: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 300 So. 4th St. | 300 So. 4th St. | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated:  August 31. 2012

/e/ J. Richard Stermer  
J. Richard Stermer, Trustee  
PO Box 445, 202 N. 1st Street, Suite 200  
Montevideo, MN 56265  
Telephone: (320) 321-1288  
rstermer@stermerlaw.com